DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FLORIDA SPINE AND JOINT INSTITUTE, LLC.** and **GEICO GENERAL INSURANCE COMPANY**
Appellants,

v.

**ROBERT STEIN, P.A.,**
Appellee.

Nos. 4D21-2699, 4D21-2957, 4D21-3204 and 4D22-165

[June 15, 2023]

Consolidated appeals from the County Court for the Seventeenth Judicial Circuit, Broward County; John D. Fry, Judge; L.T. Case Nos.: CONO19-001122, CONO19-002463, CONO19-002464, CONO19-003968, CONO19-003972, CONO19-004539, CONO19-004541, CONO19-004544, CONO19-004546, CONO19-004854, CONO19-004861, CONO19-005011, CONO19-005977, CONO19-006469, CONO19-008696, CONO19-009278, CONO19-010625, CONO19-010966, CONO19-010968, CONO19-010970, CONO19-010971, CONO19-011394, CONO19-012777, CONO19-013361, CONO19-013374, CONO19-013998, COCO19-13999, CONO19-014000, CONO20-000977, CONO20-000959, CONO20-000962, CONO20-000964, CONO20-001449, CONO20-003084, CONO20-003085, CONO20-003088, CONO20-003090, CONO20-003095, CONO20-003203, CONO20-003571, CONO20-003573, CONO20-003577, CONO20-003578, COCO20-4103, CONO20-004104, CONO20-004105, CONO20-004106, CONO20-004117, CONO20-004169, CONO20-004179, CONO20-004182, CONO20-004952, CONO20-004954, CONO20-004955, CONO20-005021, CONO20-007033, CCOCO20-7057, CONO20-007052, CONO20-007058, CONO20-007065, CONO20-007067, CONO20-007070, CONO20-007071, CONO20-007072, CONO20-007073, CONO20-007075, CONO20-008106, CONO20-008107, CONO20-008112, CONO20-008119, CONO20-010536, CONO20-010539, COCO20-10540, CONO20-010950, CONO20-010951, COCO20-10952 CONO20-0010954, CONO20-010955, CONO20-012785, and CONO20-12786.

Alan B. Rose, L. Louis Mrachek and Michael W. Kranz of Mrachek, Fitzgerald, Rose, Konopka, Thomas & Weiss, P.A., West Palm Beach, for appellant.

Douglas H. Stein of Douglas H. Stein, P.A., Coral Gables, for appellee Robert Stein, P.A.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, LEVINE and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***